# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02096-RPM-MEH

JESSE DOSHAY,

      Plaintiff,

v.

CALVARY PORTFOLIO SERVICES, LLC, a Delaware limited liability company,

      Defendant.

---

## NOTICE OF DISMISSAL WITH PREJUDICE
_____

**COMES NOW** the Plaintiff by his undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or its own attorney's fees and costs.

Dated: August 31, 2011.

           Respectfully submitted,

           _s/ David M. Larson_____
           David M. Larson, Esq.
           405 S. Cascade Avenue, Suite 305
           Colorado Springs, CO 80903
           (719) 473-0006
           Attorney for the Plaintiff