**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02096-RPM-MEH

JESSE DOSHAY,

       Plaintiff,

v.

CALVARY PORTFOLIO SERVICES, LLC, a Delaware limited liability company,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                          BY THE COURT:

September 6th, 2011          s/Richard P. Matsch

_____     _____
DATE                           Richard P. Matsch, Senior District Judge